SIDNEY A. LESLIE *v.* HELEN LESLIE

The plaintiff's motion for a review of the order of the trial court dated October 24, 1974, in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*R. William Bohonnon,* in support of the motion.

Submitted December 4—decided December 18, 1974

HOLSON COMPANY *v.* A. EARL WOOD, COMMISSIONER OF TRANSPORTATION OF THE STATE OF CONNECTICUT

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Robert A. Slavitt,* for the appellee (plaintiff).

*Victor Feingold,* assistant attorney general, for the appellant (defendant).

Argued January 7—decided January 7, 1975

PAUL J. HANSON ET AL. *v.* A. EARL WOOD, COMMISSIONER OF TRANSPORTATION OF THE STATE OF CONNECTICUT

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is denied without prejudice to renewing it upon the same grounds pending the determination by the committee to accept or reject finally the draft finding.

*Victor Feingold,* assistant attorney general, for the appellee (defendant).

*Robert A. Slavitt,* for the appellants (plaintiffs).